NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1436

GLOBE METALLURGICAL, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellee,

and

DATONG JINNENG INDUSTRIAL SILICON CO., INC.,
JIANGXI GANGYUAN SILICON INDUSTRY COMPANY, LTD.,
SHANGHAI JINNENG INTERNATIONAL TRADE CO., LTD.,

Defendants-Appellants.

Appeal from the United States Court of International Trade in case no. 07-00386, Chief Judge Jane A. Restani.

ON MOTION

O R D E R

Datong Jinneng et al. move without opposition for a 14-day extension of time, until September 22, 2009, to file their brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

AUG 2 7 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 7 2009

JAN HORBALY
CLERK

cc:     William D. Kramer, Esq.
        Duane W. Layton, Esq.
        L. Misha Preheim, Esq.

s17